No. 669. HEALY, CHIEF OF POLICE, *v.* RATTA. Appeal from the District Court of the United States for the District of New Hampshire. February 20, 1933. In this case probable jurisdiction is noted. The Court desires to hear argument upon the questions: (a) whether a case for equitable relief is shown; (b) whether the amount in controversy is such as to sustain the jurisdiction of the court below; and (c) whether the defendant-appellant is a state officer within the meaning of § 266, Judicial Code, as amended (43 Stat. 936, 938; U. S. Code, Title 28, § 380). *Mr. H. Thornton Lorimer,* Assistant Attorney General of New Hampshire, with whom *Mr. Francis W. Johnston,* Attorney General, was on the brief, for appellant. *Messrs. William N. Rogers* and *Jonathan Piper* filed a brief for appellee.